UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JIM EARL JOHNSON** | **CIVIL ACTION NO. 3:18-CV-0347** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART LOUISIANA, L.L.C., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 12(h)(3).

Monroe, Louisiana, this 16th day of October, 2018.

*[signature]*
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**